# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Consueloe Dickey, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>Medical University Hospital Authority, )<br>)<br>Defendant. )<br>)<br>_____ ) | C.A. No. No. 2:24-7723-RMG |

This matter comes before the Court on the Report and Recommendation ("R & R") of the Magistrate Judge recommending that the Plaintiff's claims brought pursuant to the Americans for Disabilities Act ("ADA") and the Age Discrimination in Employment Act ("ADEA") be dismissed because of Defendant's immunity under those two statutes. (Dkt. No. 14). Plaintiff consents to the dismissal of her ADA and ADEA claims. (*Id*.). Plaintiff's claim arising under the Rehabilitation Act will proceed.

No party filed objections to the R & R. The Court adopts the R & R of the Magistrate Judge (Dkt. No. 14) as the order of the Court. Plaintiff's ADA and ADEA claims are dismissed. The case will go forward on Plaintiff's Rehabilitation Act claim.

**AND IT IS SO ORDERED**.

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

May 23, 2025
Charleston, South Carolina

1